**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

**FILED**

FEB 2 2 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

RE:   **Chad LAWRENCE**
       **Docket Number:  2:03CR00533-01**
       **MEMORANDUM REQUESTING DISMISSAL**

Your Honor:

The purpose of this Memorandum is to request the Form 12C Petition filed on November 16, 2005, be dismissed without prejudice.

**Legal History of the Case:**

**12/29/2003:**    Guilty plea to a one-count Information charging 21 USC 843(b) - Use of a Communication Facility (Class E Felony).

**04/23/2004:**    15 months custody of the Bureau of Prisons; 12-month term of supervised release; $100 special assessment. **Special conditions included:** Submit to search; Participate in a correctional treatment program (inpatient or outpatient) to obtain assistance for drug or alcohol abuse; Participate in a program of testing (i.e., breath, urine, sweat patch, etc.) to determine if he has reverted to the use of drugs or alcohol; Abstain from the use of alcoholic beverages and shall not frequent those places where alcohol is the chief item of sale; Participate in a co-payment plan for treatment or testing and shall make payment directly to the vendor under contract with the United States Probation Office of $5 per month; Register, as required in the jurisdiction in which he resides, as a drug offender.

**12/06/2004:**    Supervised release commences.

Rev. 03/2005
MEMO-CT.MRG

**Re:   Chad LAWRENCE**
**Docket Number:   2:03CR00533-01**
**<u>MEMORANDUM REQUESTING DISMISSAL</u>**

<u>11/16/2005</u>:          Form 12C Petition for Warrant or Summons filed with the Court. Petition alleges the offender's use of a controlled substance and failure to report for urine testing.   Summons issued ordering the offender to appear before the Duty Magistrate Judge on December 8, 2005.

<u>12/08/2005</u>:          Initial appearance before Duty Magistrate Judge.  Federal Defender's Office appointed.  Denials entered.  Matter continued to February 10, 2006, before Your Honor, for status conference.

**<u>Summary of Adjustment Under Supervision</u>:** On December 8, 2005, the above-noted revocation proceedings were intentionally extended to February 10, 2006, with the intent to provide Mr. Lawrence additional time to successfully participate in and complete an inpatient drug and alcohol treatment program.  It should be noted, the offender's term of supervised release would have terminated on December 5, 2005, without the initiation of revocation proceedings and the issuance of a summons (18 USC 3583[i]).

On February 2, 2006, Mr. Lawrence successfully completed The Effort's inpatient drug and alcohol treatment program. He continuously participated in the program from November 4, 2005 to February 2, 2006.

Given Mr. Lawrence's successful completion of the inpatient drug and alcohol treatment program, **it is recommended the Petition filed on November 16, 2005, be dismissed without prejudice and the previously scheduled court date of February 10, 2006, be vacated, thereby terminating Mr. Lawrence's period of supervised release.**

Rev. 03/2005
MEMO-CT.MRG

**Re:   Chad LAWRENCE**
**Docket Number:   2:03CR00533-01**
**MEMORANDUM REQUESTING DISMISSAL**

It should be noted, due to a clerical error, Mr. Lawrence's case was inadvertently not placed on Your Honor's February 10, 2006 calender; as such, given the undersigned's recommendation, this Memorandum is being submitted in lieu of a further court hearing.

Respectfully submitted,

/s/ Phil R. Hendley, Jr.

**Phil R. Hendley, Jr.**
**United States Probation Officer**

Dated:        February 10, 2006
              Modesto, California
              PRH:lr

**REVIEWED BY:**    /s/ Casey Horner, Sr. for
                    **Deborah A. Spencer**
                    **Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

(✓)   The Petition filed on November 16, 2005, be dismissed without prejudice and the previously scheduled court date of February 10, 2006 be vacated.

( )   Submit a Request for Warrant or Summons.

( )   Other:

_____                    2/13/06
**EDWARD J. GARCIA**                                DATE
**Senior United States District Judge**

cc:    Mary Grad, Assistant United States Attorney
       Daniel J. Broderick, Defense Counsel

Rev. 03/2005
MEMO-CT.MRG